UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY LUCCI, an individual,

CASE NO. 09 CV 8807

                Plaintiff,

AFFIDAVIT OF
SERVICE

-against-

GOLUB CAPITAL INCORPORATED, ET AL.,
                Defendant,

Nassau County, New York State: **JOHN CLEERE**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **OCTOBER 28, 2009** at **4:10 PM** at **551 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022**
Deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET**
On which were set forth the Case No.,
On **LAWRENCE E. GOLUB**

| | |
|---|---|
| Individual {XXX} | by delivering a true copy of each to said recipient personally; deponent knew the person described as said recipient. *Recipient identified himself through self-admission.* |
| Description {XXX} | Sex: MALE   Color/Skin: WHITE   Hair: BLACK   Age (approx): 45-50 YRS   Height (approx): 6'3"-6'5"   Weight (approx): 190-210 LBS   Other: |
| Military Service {XXX} | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

Sworn to before me on NOVEMBER 2, 2009

*Maureen Lettau*
MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2010

*John Cleere*
JOHN CLEERE
LIC NO. 1244813