UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 09 CV 8807

NANCY LUCCI, an individual,

                Plaintiff,　　　　　　AFFIDAVIT OF
-against-　　　　　　　　　　　　　　　　　SERVICE

GOLUB CAPITAL INCORPORATED, ET AL.,
        Defendant,

Nassau County, New York State: JOHN CLEERE
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
NEW YORK STATE
On OCTOBER 28, 2009 at 4:10 PM at 551 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022
Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET
On which were set forth the Case No.,
On GOLUB CAPITAL INCORPORATED

| | |
|---|---|
| Corporation {XXX} | by delivering a true copy of each to LAWRENCE E. GOLUB personally, deponent knew said corporation so served to be the corporation, described in same and knew said recipient to be the AUTHORIZED thereof to accept. |
| Description {XXX} | Sex: MALE　Color/Skin: WHITE　Hair: BLACK　Age (approx): 45-50 YRS<br>Height (approx): 6'3"-6'5"　Weight (approx): 190-210 LBS　Other: |
| Military Service {XXX} | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

Sworn to before me on NOVEMBER 2, 2009

_Maureen A. Lettau_
MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069780
Qualified in Nassau County
Commission Expires February 11, 2010

_John Cleere_
JOHN CLEERE
LIC NO. 1244813